**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 29, 2025.**



In The

# Fifteenth Court of Appeals

---

### NO. 15-25-00062-CV

---

### THE STATE OF TEXAS, Appellant

### V.

### CITY OF DALLAS; ERIC JOHNSON, MAYOR OF DALLAS; JESSE MORENO, MAYOR PRO TEM OF DALLAS; CHAD WEST, ZARIN D. GRACEY, MAXIE JOHNSON, JAIME RESENDEZ, LAURA CADENA, ADAM BAZALDUA, PAULA BLACKMON, KATHY STEWART, WILLIAM ROTH, CARA MENDELSOHN, GAY DONNELL WILLIS, AND PAUL E. RIDLEY, MEMBERS OF THE CITY COUNCIL OF DALLAS; KIMBERLY BIZOL TOLBERT, INTERIM CITY MANAGER OF DALLAS; AND DANIEL C. COMEAUX, CHIEF OF POLICE OF DALLAS; IN THEIR OFFICIAL CAPACITIES, Appellees[1]

---

[1] Tennell Atkins, who in his official capacity as Mayor pro tem of Dallas was previously a named defendant in this case, was succeeded by Jesse Moreno. Omar Narvaez and Jaynie Schultz, who in their official capacities as City of Dallas Council Members were previously named defendants, were succeeded by Laura Cadena and William Roth, respectively. Michael T. Igo, who in his

**MEMORANDUM OPINION**

This is an appeal from an order signed February 28, 2025. On July 11, 2025, the State filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.

official capacity as Interim Police Chief was previously a named defendant, was succeeded by Daniel C. Comeaux, Police Chief of the City of Dallas. In accordance with Rule 7.2(a) of the Texas Rules of Appellate Procedure, the previously named defendants have been automatically substituted by their successors.